FILED
COURT

2014 JAN -7 PM 3: 58

COURT

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | ) CRIMINAL CASE NO. CM0742-13 |
| vs. | ) |
| | ) ORDER DISMISSING COMPLAINT |
| PAUL CRUZ MINOR, | ) WITHOUT PREJUDICE |
| Defendant. | ) |

The above matter came before the Honorable Maria T. Cenzon on September 9, 2013 for a Criminal Trial Setting. Paul Cruz Minor ("Defendant") was present and represented by Assistant Public Defender Peter J. Sablan, and Assistant Attorney General Brian Gallagher represented the People of Guam (the "People"). The Court released Defendant on a $500 Personal Recognizance Bond and Defendant orally moved to dismiss the charge of Harassment (as a Petty Misdemeanor) for lack of probable cause. The Court took the matter under advisement.

After hearing from the parties and reviewing the record, including the Declaration in Support of the Magistrate's Complaint (Aug. 24, 2013), this Court finds that the charge is inappropriate for prosecution under 9 GCA § 7.67. The Magistrate's Complaint (Aug. 24, 2013) alleges that Defendant admitted to engaging in inappropriate conversation with a 15 year old boy. Such conduct, while reflecting poorly upon the judgment of the Defendant does not fall within the scope of 9 GCA § 61.20(c) which requires the People to show beyond a reasonable doubt that the Defendant "with intent to harass another...engage[d] in [a course] of alarming conduct or of repeatedly committed acts which alarm or seriously annoy such other person serving no legitimate purpose of the defendant."

The Court finds that the acts alleged to have occurred in a single incident do not rise to the level of "alarming conduct" nor were they such that a violation of 9 GCA § 61.20(c)

occurred. Because the Court finds that the conversation "[d]id not actually cause or threaten the harm or evil sought to be prevented by the law defining the offense or did so only to an extent too trivial to warrant the condemnation of conviction" under 9 GCA § 7.67(b),

**IT IS HEREBY ORDERED** that the prosecution of Paul Cruz Minor for Harassment (as a Petty Misdemeanor) be **DISMISSED** without prejudice.

**SO ORDERED this** __7ᵗʰ__ **day of January, 2014**.



**HONORABLE MARIA T. CENZON**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

JAN 07 2014



Joseph L. Bamba
Deputy Clerk, Superior Court of Guam